**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| AMERICANS FOR IMMIGRANT JUSTICE,<br><br>   *Plaintiff*,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, *et al*.,<br><br>   *Defendants*. | Case No. 1:23-cv-22684-JEM |

**STIPULATION FOR DISMISSAL**

Plaintiff Americans for Immigrant Justice ("AIJ")[1] and Defendants U.S. Department of Homeland Security, Alejandro N. Mayorkas, U.S. Immigration and Customs Enforcement and Patrick Lechleitner[2] hereby stipulate under Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing its/his own attorneys' fees and costs.

Dated: February 9, 2024.

Respectfully submitted,

*/s/ Amien Kacou*
Amien Kacou
Florida Bar No. 44302
akacou@aclufl.org
Daniel Tilley
Florida Bar No. 102882
dtilley@aclufl.org
**ACLU Found. of Fla.**
4343 W. Flagler St., Suite 400
Miami, FL 33134
T. 786.363.2714

---

1 Plaintiff AIJ is the only plaintiff in this case after severance and transfer from the District Court for the District of Columbia. D.E. 105, Case No. 1:22-cv-03118-CKK (transferring *Americans for Immigrant Justice v. U.S. Department of Homeland Security, et al.* to the Southern District of Florida).

2 Under Federal Rule of Civil Procedure 25(d), Patrick Lechleitner is substituted for Tae Johnson, the former Acting Director of ICE, as a defendant because Mr. Lechleitner is now Acting Director of ICE.

Steven M. Appelbaum
Florida Bar No. 71399
**SAUL EWING LLP**
200 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL  33301
Main No.:  (305) 428-4500
E-mail address: steven.appelbaum@saul.com


**Counsel for Plaintiff**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

LAUREN FASCETT
Senior Litigation Counsel

*/s/ Jordan Hummel*
Jordan Hummel
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8175
Jordan.Hummel@usdoj.gov

***Counsel for Defendants***