UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 23-22684-CIV-MARTINEZ**

AMERICANS FOR IMMIGRANT JUSTICE,

     Plaintiff,

vs.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

     Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** came before this Court on the Parties' Joint Stipulation of Dismissal without Prejudice ("Joint Stipulation"), (ECF No. 114). This Court has reviewed the Joint Stipulation, pertinent portions of the record, and applicable law and is otherwise fully advised of the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**, all pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12 day of February, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record